May 6, 1983.

460 A.2d 841

Boinski, Appellant v. Boinski.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.